UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARIN PHARMA, INC. AND AMARIN PHARMACEUTICALS IRELAND, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OMAX HEALTH INC.<br><br>Defendant. | Case No.: CV 18-9239-DMG (MRWx)<br><br>**ORDER RE DISMISSAL OF ACTION [45]** |

The Court, having considered the parties' stipulation and good cause appearing, it is **ORDERED** that, pursuant to the parties' Settlement Agreement and Federal Rule of Civil Procedure 41, this action, including all claims by all parties, is hereby dismissed with prejudice. Each party will bear its own costs and fees. Pursuant to the Consent Order [Doc. #44] entered on May 10, 2019, the Court will retain jurisdiction for four years from May 7, 2019 to enforce the Consent Order and resolve disputes concerning compliance with the parties' Settlement Agreement.

**IT IS SO ORDERED.**

DATED: May 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE